IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| F.E.I. COMPANY,<br>    **Plaintiff** | : <br> : <br> : | No. 1:16-cv-02237 |
| v. | : <br> : | (Judge Kane) |
| UNITED STATES OF AMERICA,<br>    **Defendant** | : <br> : <br> : | |

# ORDER

**AND NOW**, on this 12th day of August 2019, a trial having been conducted before the undersigned in the above-captioned case, and upon consideration of the parties' filings related to the disposition of the case and the pending motions, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the Government's motion in limine to exclude or limit the expert testimony of Dr. Catherine Adams Hutt (Doc. No. 49) is **DENIED**, the Government's objections to Plaintiff's proposed findings of fact and conclusions of law (Doc. No. 53) are **OVERRULED**, Plaintiff's motion to strike the Government's proposed findings of fact and conclusions of law in part (Doc. No. 56) is **DENIED**, and Plaintiff's objections to the Government's proposed findings of fact and conclusions of law (id.) are **OVERRULED**. **IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Government in the amount of $43,482.00. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
